CAILLE *v.* SAGINAW CIRCUIT JUDGE.

STEELE *v.* SAME.

GARNISHMENT—DEFAULT JUDGMENTS — SETTING ASIDE — RULES — MOTIONS FOR NEW TRIAL—FRAMING ISSUES.

These cases are ruled by *Caille Brothers Co.* v. *Saginaw Circuit Judge*, ante, 480, involving the same facts.

Mandamus by Adolph A. Caille and Wilbur W. Steele and A. Arthur Caille to compel Chauncey H. Gage, circuit judge of Saginaw county, to file findings of facts and of law. Submitted November 17, 1908. (Calendar Nos. 23,118, 23,119.) Reargued December 29, 1908. Writs denied March 3, 1909.

*Jonathan Palmer, Jr.,* and *Elbridge F. Bacon* (*George W. Weadock* and *Russell B. Thayer*, of counsel), for relators.

*John A. McKay* (*Gray & Gray*, of counsel), for respondent.

GRANT, J. The motions in the above cases are the same as that in *Caille Brothers Co.* v. *Saginaw Circuit Judge*, ante, 480, and the same order will be entered, with costs.

BLAIR, C. J., and MONTGOMERY, OSTRANDER, and HOOKER, JJ., concurred.